Nathaniel L. Dilger (Bar No. 196203)
email: ndilger@onellp.com
Peter R. Afrasiabi (Bar No. 193336)
email: pafrasiabi@onellp.com
Joseph K. Liu (Bar No. 216227)
email: jliu@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
West Tower, Suite 1100
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Plaintiff Network Signatures, Inc.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| NETWORK SIGNATURES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PetSmart, Inc., a Delaware corporation,<br><br>    Defendant. | Case No.  SACV10-00667 JVS (RNBx)<br><br>**ORDER RE: DISMISSAL** |

Upon consideration of the parties' Stipulated Motion for Dismissal, and good cause appearing,

IT IS ORDERED:

All claims or causes of action asserted in this suit by and between Plaintiff, Network Signatures, Inc. and Defendant, PetSmart, Inc., are hereby dismissed in their entirety with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: October 25, 2010

_____
Hon. James V. Selna
United States District Judge